UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>VONI CHEN,<br><br>　　　　　Defendant. | Case No. 00-cr-40165-JSW-2<br><br>**ORDER REGARDING CORRESPONDENCE AND ORDER TO DEFENDANT TO SHOW CAUSE RE DISCLOSURE** |

　　　The Court has received a letter from Linker Cheung in support of Defendant.  The Court will forward a copy of that letter to Defense counsel with this Order.  The Court will not serve the Government at this time, and it will file the letter *ex parte* and under seal.  Defendant is ORDERED TO SHOW CAUSE in writing by December 23, 2022 why the letter should not be disclosed to the Government.  If Defendant believes that her response to this Order to Show Cause should be filed under seal, she may file an administrative motion to seal with her response.

　　　**IT IS SO ORDERED**.

Dated: December 6, 2022

_____
JEFFREY S. WHITE
United States District Judge